

65 Route 4 East
River Edge, New Jersey 07661
t: 201.441.9056
f: 201.441.9435
www.hartmanndoherty.com

New York Office
110 Wall Street, 11th Floor
New York, New York 10005
t: 212.344.4619

Short Hills Office
51 JFK Parkway, 1st Floor West
Short Hills, New Jersey 07078
t: 973.218.2509

May 7, 2010

**VIA ECF & EMAIL**

Honorable Joel A. Pisano
United States District Judge
United States Courthouse
402 East State Street
Trenton, NJ 08608



So Ordered
J Pisano

Re:   **USA v. William Baskerville**
      **Criminal No. 03-836 (JAP)**

Dear Judge Pisano:

Counsel respectfully requests, with the government's consent, an additional week to file Defendant William Baskerville's Brief in Response to the Government's Brief Concerning the Batson Remand. Preparing a response has taken a significant amount of time due to the quantity of materials necessary to review. The brief is essentially completed but I have not yet been able to review it with Mr. Baskerville, which I intend to do next week. I expect to file the brief on or before Friday, May 14, 2010.

Thank you for your kind consideration of this request.

Respectfully yours,

/s/ Mark A. Berman

Mark A. Berman

cc:   Mark E. Coyne, AUSA (via pdf)